IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 94-4878

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
02/04/99
THOMAS K. KAHN
CLERK

BETH ANN FARAGHER;
NANCY EWANCHEW,

Plaintiffs-Appellants,
Cross-Appellees,

versus

CITY OF BOCA RATON,
a political subdivision of
the State of Florida,

Defendant-Appellee,
Cross-Appellant,

BILL TERRY;
DAVID SILVERMAN,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Florida

Before , HATCHETT, Chief Judge, TJOFLAT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES, BARKETT, Circuit Judges, and KRAVITCH, Senior Circuit Judge.

BY THE COURT:

The judgment of the district court is hereby REINSTATED and AFFIRMED.